In the Matter of the Compensation of
Melvin L. Martin, Claimant.

Melvin L. MARTIN,
*Petitioner,*

*v.*

CITY OF ALBANY
and SAIF Corporation,
*Respondents.*

(WCB 90-20361; CA A73640)

861 P2d 405

Karen M. Werner argued the cause for petitioner. With her on the brief were J. David Kryger and Emmons, Kropp, Kryger, Alexander, Egan & Allen.

Steve Cotton, Special Assistant Attorney General, argued the cause for respondents. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Jefferson v. Sam's Cafe,* 123 Or App 646, 861 P2d 359 (1993).